*P/SEND*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-1789-GHK(JEMx) | Date | JULY 10, 2015 |
|---|---|---|---|
| Title | AMERICAN INTERNATIONAL INDUSTRIES vs. YEAHGOSHOPPING, et al. | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (NONE) | (NONE) |

**Proceedings:**  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SERVICE ON DEFENDANT JOBAR INTERNATIONAL, INC.

   Plaintiff filed this action on March 11, 2015 against various defendants, including Jobar International, Inc. (Jobar).  To date, plaintiff has failed to file proper proof of service on Jobar, and more than 120 have elapsed since the filing of the complaint.  Plaintiff shall show cause, in writing, within 7 days hereof why this action should not be dismissed without prejudice as against Jobar for plaintiff's failure to effect timely service of process.  If no proper proof of service on Jobar is filed within the same 7 days, or plaintiff fails to show cause as required by this order, this action will be dismissed without prejudice as against Jobar for plaintiff's failure to diligently prosecute, for its violation of Fed. R. Civ. P. 4(m), and for its violation of this order.

   IT IS SO ORDERED.

*P/SEND*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-1789-GHK(JEMx) | Date | JULY 10, 2015 |
|---|---|---|---|
| Title | AMERICAN INTERNATIONAL INDUSTRIES vs. YEAHGOSHOPPING, et al. | | |

|  | : |
|---|---|
| Initials of Preparer | Bea |