JS-6

FILED
CLERK, U.S. DISTRICT COURT
8/14/2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTERNATIONAL INDUSTRIES, a California General Partnership,<br><br>Plaintiff,<br><br>v.<br><br>YEAHGOSHOPPING, an unknown business entity; HIEU N. NUYEN, individual; JOBAR INTERNATIONAL, INC., a California corporation; and DOES 1-10, inclusive<br><br>Defendants. | Case No. CV15-01789-GHK-JEM<br><br>**[PROPOSED] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION** |

0067.244\9994

Based upon the Stipulation signed by counsel for Plaintiff American International Industries, Inc., ("AII") and counsel for Defendant Hieu N. Nuyen dba Yeahgoshopping.com ("Nuyen") for a Final Judgment in this action, the Court enters this Final Judgment and Permanent Injunction prohibiting Nuyen from infringing Plaintiff's intellectual property, including the federally registered SALON PERFECT trademark, U.S. Reg. No. 3,810,736 (the "Salon Perfect Trademark"), as part of a comprehensive settlement.

Therefore, IT IS ORDERED that:

1. Defendant Hieu N. Nuyen, dba Yeahgoshopping.com, his agents, servants, employees, and all those in active concert or participation with any of him ==who shall receive notice of this order by service or otherwise==, are permanently restrained and enjoined from doing any of the following anywhere in the world:

   a. Acquiring, purchasing, manufacturing, marketing, storing, transporting, distributing, dealing in, hypothecating, offering for sale or selling, directly or indirectly, of any beauty product, materials or packaging therefor, including but not limited to artificial eyelash products, that bears the Salon Perfect Trademark used for personal care products, where the Salon Perfect Trademark is valid.

   b. Using or otherwise infringing the Salon Perfect Trademark.

   c. Causing, directing, soliciting, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs (a) & (b).

2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement of the Parties and the Permanent Injunction in this Judgment.

3. All claims are dismissed with prejudice.

1      4.    Final Judgment is hereby entered, with each party responsible for its own
2  costs.

4  DATED:   8/13/15

                           Honorable George H. King
                           Chief United States District Judge